IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01040-MSK-MEH

ROBERT PETERSON,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 3, 2011.**

      Plaintiff's Unopposed Motion to Amend Complaint and Add Party [filed August 1, 2011; docket #19] is **granted in part and denied in part**. In the interest of justice and having no objection from the Defendant, the Court grants Plaintiff's request to amend the complaint in accordance with Fed. R. Civ. P. 15(a) and 20(a)(2). The Plaintiff is directed to file the Amended Complaint **on or before August 5, 2011**, without the "Exhibit A" marker and in accordance with D.C. Colo. LCivR 10.1E. The Plaintiff shall serve the Amended Complaint upon the new defendant in accordance with Fed. R. Civ. P. 4 and all applicable rules. Defendant State Farm Mutual Automobile Insurance Company shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

      The Court denies Plaintiff's request to vacate the Scheduling Conference currently set for August 16, 2011 at 9:15 a.m., noting that this case became at issue nearly four months ago on April 14, 2011, and the last 60-day extension of time was granted to assist the parties' in their purported settlement efforts. The Court finds that, in the interests of judicial efficiency and expediency, the Scheduling Conference shall proceed as currently scheduled.

      In light of this order, Defendant's [Motion for] Joinder in Motion to Amend Complaint and Vacate and Reset Scheduling Conference and Related Deadlines [filed August 2, 2011; docket #21] is **denied as moot**.